# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOELLE LEONE, et al.,** : | |
|        **Plaintiffs,** : | |
| : | |
| **v.** : | Civ. No. 18-3769 |
| : | |
| **AMERICAN ACADEMIC** : | |
| **HEALTH SYSTEM, L.L.C., et al.,** : | |
|        **Defendants.** : | |

## O R D E R

**AND NOW**, this 23rd day of April, 2024, it having been reported that the issues in the above-matter have been resolved (Doc. No. 48), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice and without costs. The Clerk of Court **SHALL** close this Case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.